JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1717

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY** IMAGED DEC 7 2005

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1717
## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-2830 | Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp. |
| CAN 3 05-2831 | Major League Softball, Inc. v. Intel Corp. |
| CAN 3 05-2834 | Benjamin Allanoff v. Intel Corp. |
| CAN 3 05-2858 | Law Offices of Laurel Stanley, et al. v. Intel Corp. |
| CAN 3 05-2859 | Lazio Family Products v. Intel Corp. |
| CAN 3 05-2882 | Ian Walker v. Intel Corp. |
| CAN 3 05-2897 | Kevin Stoltz v. Intel Corp. |
| CAN 3 05-2898 | Peter Jon Naigo v. Intel Corp. |
| CAN 3 05-2916 | Patrick J. Hewson v. Intel Corp. |
| CAN 3 05-2957 | Lawrence Lang v. Intel Corp. |
| CAN 3 05-3028 | Trotter-Vogel Realty, Inc. v. Intel Corp. |
| CAN 3 05-3094 | Karol Juskiewicz v. Intel Corp. |
| CAN 3 05-3197 | Athan Uwakwe v. Intel Corp. |
| CAN 3 05-3271 | Jose Juan v. Intel Corp. |
| CAN 3 05-3272 | Dressed to Kill Custom Draperies LLC v. Intel Corp. |
| CAN 3 05-3273 | Tracy Kinder v. Intel Corp. |
| CAN 3 05-3277 | Edward Rush v. Intel Corp. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-1507 | Justin Suarez v. Intel Corp. |
| **FLORIDA SOUTHERN** | |
| FLS 1 05-22262 | Nathaniel Schwartz v. Intel Corp. |
| **KANSAS** | |
| KS 6 05-1303 | Marvin D. Chance, Jr. v. Intel Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE 2 05-212 | Andrew Armbrister, et al. v. Intel Corp. |
| **TENNESSEE WESTERN** | |
| TNW 2 05-2605 | Cory Wiles v. Intel Corp. |